Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone : (559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant, ABRAHAM AYALA-VELAZQUEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>vs.                                 )<br>                                    )<br>ABRAHAM AYALA-VELAZQUEZ              )<br>                                    )<br>          Defendants.               )<br>                                    )<br>                                    )<br>_____) | CASE NO. 08-00358<br><br>STIPULATION AND ORDER TO<br>ADVANCE SENTENCING DATE<br><br><br><br><br>DATE: November 16, 2009<br>TIME: 9:00 a.m.<br>Honorable Anthony W. Ishii |

    It is hereby stipulated that the sentencing date for Defendant, ABRAHAM AYALA-VELAZQUEZ be advanced from November 16, 2009 to October 26, 2009 at 9:00 a.m. in department 2.

    Good cause exists for the requested advancement because the defendant has served more time in custody than is recommended in the presentence investigation report.

DATED: October 19, 2009           Respectfully submitted,
                                  FLETCHER & FOGDERUDE, INC.

                                   /s/ Eric K. Fogderude
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant,
                                  ABRAHAM AYALA-VELAZQUEZ

///

```
DATED: October 19, 2009          United States District Attorney

                                 /s/ Laurel Montoya
                                 _____
                                 LAUREL MONTOYA, Assist. US Attorney
```

## ORDER

GOOD CAUSE APPEARING, it is so order that the sentencing date be advance from November 16, 2009 to October 26, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 20, 2009**            /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE