FILED

OCT 2 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-08-00358-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| ABRAHAM AYALA-VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on October 26, 2009 to Twelve (12) Months [Time Served].

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 26, 2009

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1