IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00358-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ABRAHAM AYALA-VELASQUEZ | |
| Defendant. | |

The above named defendant having been sentenced on May 22, 2017, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith on the above case number ONLY. This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **May 22, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE